UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD PHAN aka CONG TRANH PHAN,<br><br>Plaintiff,<br><br>v.<br><br>KRAGEN AUTO PARTS; O'REILLY AUTO PARTS; O'REILLY AND KRAGEN AUTO PARTS; DOES 1 THROUGH 20, Inclusive,<br><br>Defendants. | CASE NO. CV-02327-PJH<br><br>**ORDER RE STIPULATION TO AMEND THE CASE CAPTION**<br><br>DEPARTMENT: Courtroom 3<br>IC JUDGE: Hon. Phyllis J. Hamilton<br>CASE FILED: March 4, 2011<br>TRIAL DATE: None Set |

The parties having mutually agreed to amend the case caption to the above-noted format, and good cause appearing therefor, it is hereby ordered that the case caption be amended to reflect "CSK AUTO, INC., an Arizona corporation" as the correct entity defendant in this matter in place of formerly named "KRAGEN AUTO PARTS, O'REILLY AUTO PARTS, and O'REILLY KRAGEN AUTO PARTS."

**IT IS SO ORDERED.**

10/25/11

PHYLLIS J. HAMILTON
U.S. District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1037399.1

CASE NO. C11-02327