**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD PHAN,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**CSK AUTO INC.** *et al.***,**<br><br>　　　　**Defendants.** | Case No.: 11-CV-2327 YGR<br><br>**ORDER FOLLOWING PRE-FILING CONFERENCE; AND MODIFYING CERTAIN PRETRIAL DATES** |

A pre-filing conference for Summary Judgment was held on June 13, 2012.

The Case Management Conference currently set for June 25, 2012 is **CONTINUED** to **July 2, 2012** at **2:00 p.m.**

The deadline for Dispositive Motions to be heard is **CONTINUED** to August 21, 2012.

All other trial and pretrial dates remain unchanged.

In advance of the July 2, 2012 Case Management Conference the parties shall meet and confer regarding whether Plaintiff will voluntarily dismiss some or all of the following claims: (1) disability discrimination under the California Fair Employment and Housing Act; (2) common law employment discrimination; (3) common law retaliation; (4) breach of contract; (5) breach of the covenant of good faith and fair dealing; and (6) fraud and deceit.

**IT IS SO ORDERED**.

Date: June 13, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**