**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD PHAN,** | Case No.: 11-CV-2327 YGR |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **CSK AUTO INC.** *et al.*, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference set for July 2, 2012 is hereby **VACATED**. All other trial and pretrial dates remain unchanged.

The parties are reminded that they must comply with the Court's Standing Pretrial Setting Instructions Order.

**IT IS SO ORDERED**.

Date: June 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**