**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD PHAN,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**CSK AUTO INC.** *et al.*,<br><br>　　　　**Defendants.** | **Case No.: 11-CV-2327 YGR**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference set for July 2, 2012 is hereby **VACATED**. All other trial and pretrial dates remain unchanged.

The parties are reminded that they must comply with the Court's Standing Pretrial Setting Instructions Order.

**IT IS SO ORDERED**.

Date: June 27, 2012

　　　　　　　　　　　　_____
　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**