**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD PHAN also known as CONG THANH PHAN,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**CSK AUTO, INC.,**<br><br>    **Defendant(s).** | **Case No.: 11-CV-02327 YGR**<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, all case management and trial dates in this matter, including, but not limited to, the Pre-Trial Conference set for September 14, 2012, and the trial, set to begin on Monday, October 1, 2012, are **VACATED**. A compliance hearing shall be held on **Friday, October 12, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: August 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**